# UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend Division

| | |
|---|---|
| MALIBU MEDIA, LLC,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HANY HABIB,  )<br>      Defendant.  )<br>  ) | CASE NO.: 3:13-cv-00203<br><br>**JURY DEMAND** |

## MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties jointly request that this entire case be dismissed with prejudice, each party to bear its own costs and expenses.  A proposed form of Order is forwarded to chambers herewith.

Date: November 25, 2013                                                 Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

| | |
|---|---|
|    s/Paul J. Nicoletti<br>Paul J. Nicolletti, Esq. (P44419)<br>36880 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304<br>Tel.: (248) 203-7800<br>Fax: (248) 203-7801<br>Email: paul@nicoletti-associates.com<br><br>*Attorney for Plaintiff* |    s/Ryan M. Fountain<br>Ryan M. Fountain (Attny. No. 8544-71)<br>420 Lincoln Way West<br>Mishawaka, Indiana 46644<br>Tel.: (574) 258-9296<br>Fax: (574) 247-1237<br>Email: RyanFountain@aol.com<br><br>*Attorney for Defendant* |

**Certificate of Service**

I certify that on November 26, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all of the parties through at least the following counsel of record:

       Paul J. Nocoletti      pauljnicoletti@gmail.com

                                          s/Ryan M. Fountain
                                          _____
                                          Ryan M. Fountain