UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:13-CV-203 PPS |
| ) | |
| ) | |
| HANY HABIB, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss this case voluntarily and with prejudice. (DE 25.) Pursuant to Fed. R. Civ. P. 41(a)(2), the motion is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

ENTERED: November 27, 2013

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT